(Rev. 3-88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

**U.S.A. vs. Caryl L. Gulnac**                                  **Docket No. 00-00219-001**

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Caryl L. Gulnac, who was placed on supervision by the Honorable William L. Standish, sitting in the Court at Pittsburgh, Pennsylvania, on the 7th day of March 2001, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall pay a $100 special assessment.
- The defendant shall pay restitution to CUMIS Insurance in the amount of $40,270.42, at a rate of not less than 10 percent of her gross monthly income.
- The defendant shall provide the probation officer with access to any requested financial information.
- The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless in compliance with the payment schedule.
- The defendant shall comply with the conditions of home confinement for 4 months.

03-07-01:   Misapplication of Funds From a Federally Insured Financial Institution; 46 months' imprisonment, followed by 5 years' supervised release.
03-20-01:   Order amended; Judge Standish; Mandatory drug testing suspended.
08-30-01:   Supervision commenced; Currently supervised by U.S. Probation Officer Romona Clark.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the defendant has paid a total of $2,957.85 towards restitution. The current balance is $37,312.57. The defendant understands that the outstanding balance remains her obligation. In light of the upcoming maximum case expiration date of August 29, 2006, it appears appropriate to permit the case to close with an outstanding balance.

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 00-00219-001 be allowed to expire as scheduled with the restitution due and owing and the case be closed.

I declare under penalty of perjury that the foregoing is true and correct.

ORDER OF COURT

Considered and ordered this _____ day of
_____, 2006, and ordered filed and made
a part of the records in the above case.

_____

William L. Standish
Senior U.S. District Judge

Executed on        June 22, 2006
_____

_____
Romona Clark
U.S. Probation Officer

_____
Paul J. Dippolito
Supervising U.S. Probation Officer

Place:        Pittsburgh, Pennsylvania